IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DIONTE T. WEBB,

        Plaintiff,

   v.

MIKE DUNLEAVY, *et al.*,

        Defendants.

Case No. 3:22-cv-00287-SLG

## ORDER OF DISMISSAL

On July 6, 2023, the Court issued a Screening Order dismissing the Complaint in this case. Plaintiff Webb was directed to file either an amended complaint or a notice of voluntary dismissal within 30 days of the date of that order and was also instructed that the failure to comply to the Court's order could result in dismissal of this action with prejudice and without further notice. He was further informed that the dismissal would count as a strike under 28 U.S.C. § 1915(g). Mr. Webb has not filed an amended complaint or a notice of voluntary dismissal. Accordingly, this action is DISMISSED with prejudice. This dismissal counts as a STRIKE against Plaintiff under 28 U.S.C. § 1915(g).

DATED this 17th day of August 2023, at Anchorage, Alaska.

                              */s/ Sharon L. Gleason*
                              UNITED STATES DISTRICT JUDGE